IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MOHAMED M. HASBOU,
JOYCE M. BUDNICK

    Plaintiffs,

v.

MICHAEL CHERTOFF, Secretary of Homeland Security; RUTH DOROCHOFF, Chicago District Director of the United States Citizenship & Immigration Service; EMILIO T. GONZALEZ, Director of the United States Citizenship & Immigration Service; MICHAEL B. MUKASEY, Attorney General of the United States;

    Defendants.

08cv1334
Judge Hibbler
Mag. Judge Cole

FILED
MAR 5 2008 JH
MAR 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COME Plaintiffs, MOHAMED M. HASBOU ("Hasbou") and JOYCE M. BUDNICK ("Budnick"), by and through their attorneys, AZULAYSEIDEN LAW GROUP, and as for their Complaint for Writ of Mandamus against Defendants state as follows:

### NATURE OF COMPLAINT

1. In February 2003 Hasbou, an Egyptian citizen legally in the United States on a student visa, married a United State citizen, Budnick. A few weeks later, Budnick filed a valid Petition for Alien Relative ("Form I-130"), and Hasbou concurrently filed a valid Application for Lawful Permanent Resident Status ("Form I-485"), both with the United States Citizenship & Immigration Services ("USCIS" or "the Service") in Chicago, Illinois. Defendants have failed to adjudicate either the Petition or the Application since 2003 despite repeated requests and

Hasbou's manifest detriment. Plaintiffs bring this suit to compel Defendants to finally make a decision on their I-130 and I-485.

## PARTIES

2. Plaintiff Hasbou is a native and citizen of Egypt, and validly entered the United States in July 1993 on a student visa. Hasbou married Budnick on or about February 1, 2003 in Cook County, Illinois. On or about February 19, 2003, Hasbou filed Form I-485, which remains pending with USCIS in Chicago, Illinois.

3. Plaintiff Budnick, a United States citizen, married Hasbou on or about February 1, 2003 in Cook County, Illinois. On or about February 19, 2003 Budnick filed Form I-130 on behalf of her husband, which remains pending with USCIS in Chicago, Illinois.

4. Defendant Michael Chertoff ("Chertoff") is the United States Secretary of Homeland Security and is the head of the Department of Homeland Security ("DHS"). He is sued in his official capacity. DHS is a Cabinet department of the United States federal government and is responsible for protecting the territory of the United States from terrorist attacks and responding to natural disasters. Chertoff is responsible for the adjudication of Hasbou's application pursuant to 8 USC §1225.

5. Defendant Ruth Dorochoff ("Dorochoff") is Chicago District Director of USCIS. She is sued in her official capacity. USCIS is a federal agency under the aegis of DHS and is responsible for the administration of immigration and naturalization adjudication functions and establishing immigration services policies and priorities, including, *inter alia*, adjudication of immigrant visa petitions; adjudication of naturalization petitions; adjudication of asylum and

refugee applications; adjudications performed at the service centers; and all other adjudications previously performed by the United States Immigration and Naturalization Service ("INS").

6. Defendant Emilio T. Gonzalez ("Gonzalez") is the Director of USCIS. He is sued in his official capacity.

7. Defendant Michael B. Mukasey ("Mukasey") is the Attorney General of the United States and the head of the Department of Justice. He is sued in his official capacity. Mukasey is responsible for the adjudication of Hasbou's application pursuant to 8 USC. §1225.

## JURISDICTION

8. This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 USC §1331; 28 USC §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 USC §§2201-2202. Relief is requested pursuant to said statutes.

9. This action is brought to compel Defendants, who are officers of the United States, to perform their duties arising under the law of the United States.

10. This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong. 5 USC §702.

11. This action further invokes Hasbou's and Budnick's right of due process under the Fifth Amendment of the United States Constitution, a claim that grants this Court jurisdiction. 28 USC §1331.

12. Moreover, federal courts maintain jurisdiction over adjudication matters when USCIS refuses to adjudicate their applications. *Iddir v. INS*, 166 F. Supp. 2d 1250, 1260 (N.D. Ill. 2001).

13. Furthermore, this Court maintains jurisdiction because Hasbou and Budnick seek to have his application and her petition adjudicated, which is among the duties conferred upon Defendants by Congress. *Id.* at 1256. The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Hasbou and Budnick are not seeking a review of a denial; they merely seek to have his application and her petition adjudicated.

## VENUE

14. Venue is proper in this Court pursuant to 28 USC §1391(e) in that this is an action against officers and agencies of the United States in their official capacities, brought in the district where Plaintiffs reside, and where a substantial part of the events or omissions giving rise to Hasbou's and Budnick's claim occurred.

15. Hasbou's and Budnick's Forms I-485 and I-130 were properly filed and, to Hasbou's and Budnick's knowledge, remain pending with the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

16. Hasbou and Budnick have exhausted all administrative remedies. Hasbou and Budnick have made numerous inquiries concerning the status of their Application and Petition, and Defendants have failed to properly respond.

## CAUSE OF ACTION

17. Hasbou is a native and citizen of Egypt, who entered the United States in July of 1993 on a valid student visa.

18. Hasbou married a United States citizen, Budnick, on or about February 1, 2003 in Cook County, Illinois.

19. On or about February 19, 2003, Budnick filed Form I-130 on behalf of her husband, and Hasbou concurrently filed Form I-485, both of which remain pending with USCIS in Chicago, Illinois.

20. USCIS never issued separate receipt notices for either Form I-130 or I-485 by which to track their statuses.

21. On or about November 15, 2004, then Chicago District Director of USCIS Michael M. Comfort ("District Director Comfort") responded to Hasbou's inquiry into the status of his pending Application and Petition, indicating that "efforts will be made to respond to [his] inquiry within 90 days[.]" A true and correct copy of this correspondence is attached hereto as **Exhibit A**.

22. On or about January 10, 2005, USCIS issued a Request for Evidence ("RFE"), ostensibly in regards to Form I-485. A true and correct copy of the RFE is attached hereto as **Exhibit B**.

23. Hasbou timely filed a response to the RFE on or about April 4, 2005.

24. On or about October 11, 2005, District Director Comfort responded to another of Hasbou's inquires into the status of his pending Application and Petition, this time indicating that

his case was under further review with the adjudicating USCIS officer as well as other agencies. A true and correct copy of this correspondence is attached hereto as **Exhibit C**.

25. On or about March 23, 2006, then Acting Chicago District Director of USCIS F. Gerard Heinauer ("Acting District Director Heinauer") responded to another of Hasbou's inquires into the status of his pending Application and Budnick's Petition, indicating again that his case was under further review with the adjudicating USCIS officer as well as other agencies. A true and correct copy of this correspondence is attached hereto as **Exhibit D**.

26. On or about October 19, 2006, then Chicago District Director of USCIS Ruth A. Dorochoff ("District Director Dorochoff") responded to another of Hasbou's inquires into the status of his pending Application and Budnick's Petition, indicating again that his case was under further review with the adjudicating USCIS officer as well as other agencies. A true and correct copy of this correspondence is attached hereto as **Exhibit E**.

27. On or about December 28, 2006 Hasbou inquired again into the status of his pending Application and Budnick's Petition. A true and correct copy of this inquiry is attached hereto as **Exhibit F**.

28. On or about October 16, 2007, Chicago Field Office District of USCIS Blackwood ("Field Office Director Blackwood") responded to another of Hasbou's inquires into the status of his pending Application and Budnick's Petition, indicating again that his case was under further review. A true and correct copy of this email correspondence is attached hereto as **Exhibit G**.

29. Hasbou and Budnick have been greatly damaged by the failure of Defendants to act in accord with their duties under law. Hasbou and Budnick have a meritorious Application and Petition, which cannot be adjudicated because of Defendants' refusal to do so.

30.     Defendants' delay in the processing of Hasbou's Application and Budnick's Petition has further deprived Hasbou and Budnick of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

31.     Defendants, in violation of the Administrative Procedure Act, 5 USC. §701, *et seq.*, are unlawfully withholding and unreasonably delaying action on Hasbou's Application and Budnick's Petition and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to Hasbou's case.

32.     Hasbou has made numerous status inquiries in the attempt to secure adjudication of his Application and Budnick's Petition, all to no avail. Accordingly, Hasbou and Budnick have been forced to pursue the instant action.

## REQUEST FOR RELIEF

WHEREFORE, Hasbou and Budnick request that this Honorable Court enter an order:

(a)  Requiring Defendants to adjudicate Hasbou's Application for Lawful Permanent Resident Status (Form I-485) and Budnick's Petition for Alien Relative (Form I-130);

(b)  Awarding Hasbou and Budnick reasonable attorney's fees pursuant to 28 USC §2412 for failure of Defendants to perform their duties within a reasonable amount of time; and

(c)  Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,

s/Taiyyeba Safri
_____
Taiyyeba Safri
Taiyyeba Safri, Roland Lara
AZULAYSEIDEN LAW GROUP
Counsel for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

CHI 70/48.2-C

**08cv1334
Judge Hibbler
Mag. Judge Cole**

November 15, 2004

MICHAEL J. THOREN
LAW OFFICES OF MICHAEL THOREN

Re: A095 925 908 - HASBOU, MOHAMED

Dear MICHAEL THOREN,

Thank you for your recent inquiry. All efforts will be made to respond to your inquiry within 90 days of receipt. Depending on the complexity of your inquiry, additional time may be required to obtain the information requested.

Sincerely,

Michael M. Comfort
District Director

MMC:lme
Correspondence Tracking Number: CHI111504 194
Thank you for contacting USCIS Customer Service





**U.S. DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Services

*10 West Jackson Boulevard*
*Chicago, IL 60604*

DATE: January 10, 2005
A95 925 908

**MOHAMED MOHSEN HASBOU**



**08cv1334**
**Judge Hibbler**
**Mag. Judge Cole**

<u>**REQUEST FOR EVIDENCE**</u>

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

**PLEASE SEE FOLLOWING SHEET**

Your response must be received in this Office **within 84 days** from the date of this letter. Your case is being held in this office pending your response. Within this period you may:

1. Submit all of the evidence requested;

2. Submit some or none of the evidence requested and ask for a decision based on the record; or

3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). **No extension of the period allowed to submit evidence will be granted.** If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**
Please submit all documents to the attention of:   <u>OFFICER ALFRED</u>
10 West Jackson Blvd.
Chicago, IL 60604

Sincerely,

Michael Comfort
District Director



EXHIBIT 6



PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO:

**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
ATTN: OFFICER ALFRED
10 W. Jackson Blvd. Room 323
Chicago, Illinois 60604

Name: **MOHAMED MOHSEN HASBOU**
A95 925 908

## PLEASE COMPLY WITH THE BELOW CHECKED ☐ INSTRUCTIONS

| | | |
|---|---|---|
| ☐ | 1. | Please complete the blocks on your enclosed application/petition/form, which are highlighted. |
| ☐ | 2. | Furnish the required fee of $1000.00 for Form I-485A. |
| ☐ | 3. | A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate. |
| ☐ | 4. | Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States. |
| ☐ | 5. | Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible. |
| ☒ | 6. | I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ☒Sponsor and/or ☐Joint Sponsor. This form must be completely filled out and notarized. Failure to follow the directions and complete this form accurately may result in denial of your application. |
| ☒ | 7. | You must provide a sworn statement for <u>each and every arrest</u> and for charges against you including the dates and places. You must provide <u>certified court dispositions</u> (not police reports) for <u>each and every arrest</u> and charge. |
| ☐ | 8. | Your case is continued for your fingerprints to clear. |
| ☐ | 9. | Your case is continued because you need to submit new fingerprints. (See attached fingerprint referral letter). |
| ☒ | 10. | Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon. These documents must be in a sealed envelope from the doctor. |
| ☒ | 11. | Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary: |

| | | |
|---|---|---|
| ☐ | a. | Original Birth Certificate |
| ☐ | b. | Official Marriage Certificate |
| ☐ | c. | Proof of termination of previous marriages, such as divorce decrees and death certificates. |
| ☒ | d. | Wedding photos and other photos of you and your spouse together during your entire relationship. |
| ☒ | e. | Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc. |
| ☒ | f. | Proof of joint credit established since marriage, such as joint credit cards, loans, etc. |
| ☒ | g. | Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord. |
| ☒ | h. | Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage. |
| ☒ | i. | Joint income taxes. |
| ☒ | j. | Proof of medical, life and auto insurance during your marriage. |
| ☒ | k. | Proof of utility bills for a shared residence, such as telephone, electric, gas, etc. You should provide statements that cover the duration of your marriage. |

☒ 12.    Need loan agreement for you mortgage.

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE IN THE ENVELOPE PROVIDED**



U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604

**U.S. Citizenship and Immigration Services**

October 11, 2005

Michael J. Thoren
Law Office of Michel Thoren



A95-925-908 Mohamed M. Hasbou

Dear Mr. Thoren:

Our records indicate that your client's case is under further review by the adjudicating officer along with the assistance of other agencies pertaining to the bonafides of the documented evidence you submitted in support of your application and/or petition for the immigration benefit your client is seeking to obtain. Cases are referred for additional review for a variety of reasons, therefore it is diffcult to predict with accuracy when this review will be completed. Every effort is being made to render a final decision in a timely manner.

Sincerely,

Michael M. Comfort
District Director

CS/gh



www.uscis.gov

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship and Immigration Services**

March 23, 2006

Law Office of Michael Thoren

~~[redacted]~~

**08cv1334
Judge Hibbler
Mag. Judge Cole**

Re: A95 925 908-Mohamed M. Hasbou

Dear Mr. Thoren,

This is in response to your inquiry. Our records indicate that your client's case is under further review by the adjudicating officer along with the assistance of other agencies pertaining to the bona fides of the documented evidence you submitted in support of your application and/or petition for the immigration benefit you are seeking to obtain. Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of rights to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render a final decision in a timely manner. .

We appreciate your patience.

Sincerely,

*[signature]*

F. Gerard Heinauer
Acting District Director

FGH/ems
Thank you for contacting USCIS Customer Service


EXHIBIT D

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

October 19, 2006

**08cv1334
Judge Hibbler
Mag. Judge Cole**

Michael Thoren
Attorney at Law

RE: A095925908 – Mohamed Hasbou

Dear Attorney,

This is in response to your inquiry relating to your client I-485 application for adjustment of status to a permanent resident. Our records indicate that your client case is under further review by the adjudicating officer. All evidence submitted by your client in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that you allow at least 90 days for a response before inquiring again.

We thank you for understanding and patience.

Sincerely,

*Ruth A. Dorochoff*

Ruth A. Dorochoff,

District Director

RAD: Jnl

**EXHIBIT E**

**08cv1334**
**Judge Hibbler**
**Mag. Judge Cole**



**DEPARTMENT OF HOMELAND SECURITY**
Bureau of Citizenship and Immigration Services
Chicago District Office

DEC 28 2006

**STATUS INQUIRY FOR[M]**

ATTN: LESLIE ALFRED          DATE: 12/28/06

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**
A Number: 95 925 908
Name: HASBCU MOHAMED
    Last      First      Middle
Mailing Address: ███████  Apt # ███
City: ███  State: ███  Zip Code: ███
Daytime Phone Number: (███) ███-████
Country of Birth: KUWAIT  Date of Birth: 6/7/74

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant  ☒ Attorney  ☐ CBO

Name: _____
    Last   First   Middle

Firm / Organization: Law Offices of Michael Thoren
Mailing Address: ███
Suite # or Apt. # : _____
City: ___  State: ___  Zip Code ___
Phone No.: (███) ███-████

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**  Request Type (check all that apply): ☐ Address Change  ☐ General  ☐ Received Documen[ts]

Type of Application (check one): ☒ Adjustment of Status  ☐ Citizenship

Form Filed:
☐ I-130  ☒ I-485  ☐ I-751  ☐ I-765  ☐ I-824
☐ N-336  ☐ N-400  ☐ N-565  ☐ N-600  ☐ N-643  ☐ Other: CLERK U.S

Request reschedule for (check one): ☐ Interview  ☐ Oath  ☐ Fingerprinting

Additional Comments: INTERVIEWED 1/10/05 RFE submitted Please advise on status

••• INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

••• CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____  Date: 12/28/06

**EXHIBIT F**

**Taiyyeba Safri**

**08cv1334**
# Judge Hibbler
# Mag. Judge Cole

**From:** CHI245INQUIRY [Chi245inquiry@dhs.gov]
**Sent:** Tuesday, October 16, 2007 4:43 PM
**To:** Taiyyeba Safri
**Subject:** RE: Hasbou, I-130 status?

This is in response to your inquiry relating to your client. Our records indicate that your client's case is under further review. All evidence submitted by your client in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that your client allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

PLEASE DO NOT RESPOND TO THIS MESSAGE

Robert Blackwood
Field Office Director
USCIS District 14 (Chicago Field Office)
101 W Congress Pkwy, Chicago, IL 60605

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

---

**From:** Taiyyeba Safri [███████████████]
**Sent:** Monday, October 08, 2007 12:51 PM
**To:** Chi245inquiry
**Subject:** Hasbou, I-130 status?

Dear Mr. Blackwood,
I am writing on behalf of our clients, Mr. Mohamed Hasbou, A95925908, and his wife, Joyce Budnick. Our G-28s are attached. Ms. Budnick filed an I-130 for her husband on March 3, 2003, concurrently with his I-485 adjustment application. A separate receipt for the I-130 was never issued, so we do not have a receipt number by which to track the status of the petition online. Would you please inform us of the petition's status and issue an approval notice if it has been approved? If it remains pending, please proceed with its adjudication. Thank you very much.

Taiyyeba Safri
Attorney at Law

LAW OFFICES OF
AZULAY, HORN & SEIDEN, LLC
205 North Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200 x143
fx. 312.363.6143
www.ahslaw.com


EXHIBIT G

10/16/2007