AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Mohamed M. Hasbou,
Joyce M. Budnick

V.

Michael Chertoff, Secretary of Homeland
Security, et al.

CASE NUMBER: **08cv1334**

ASSIGNED JUDGE: **Judge Hibbler**

DESIGNATED MAGISTRATE JUDGE: **Mag. Judge Cole**

TO: (Name and address of Defendant)

Ruth Dorochoff, Chicago District Director of the United States Citizenship & Immigration Service
101 W. Congress Parkway
Chicago, IL. 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roland Lara, Taiyyeba Safri
Azulay Seiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, IL. 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

*Jacqueline Hollimon* (signature)
(By) DEPUTY CLERK

MAR 5 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 3/10/2008 |
| NAME OF SERVER (PRINT) Taiyyeba Safri | TITLE Attorney for Plaintiffs |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - Ruth Dorochoff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/2008      _[signature]_
              Date              Signature of Server

Azulay Seiden Law Group
205 N. Michigan, 40th Floor
Chicago, IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

