## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Mohammed M. HASBOU, )<br>Joyce M. BUDNICK )<br> )<br>    Plaintiffs, )<br>v. )<br> )<br>Michael CHERTOFF, Secretary )<br>U.S. Department of Homeland Security )<br> )<br>Ruth DOROCHOFF, Chicago District Director )<br>United States Citizenship & Immigration Services )<br> )<br>Emilio T. GONZALES, (Former) Director )<br>U.S. Citizenship & Immigration Services )<br> )<br>Michael B. MUKASEY, U.S. Attorney General )<br>U.S. Department of Justice )<br> )<br> )<br>    Defendants. )<br>_____)| Case Number: 08-CV-1334<br>Hon. William J. Hibbler |

**Motion To Dismiss Complaint For Writ Of Mandamus**

NOW COME the Plaintiffs MOHAMMED M. HASBOU ("Hasbou") and JOYCE M. BUDNICK ("Budnick") by and through their attorneys, AzulaySeiden Law Group, and request the Court to dismiss the pending action for the following reasons:

1. On March 5, 2008, Hasbou and Budnick filed suit to compel action on Budnick's Petition for Alien Relative and Hasbou's Application to Register Permanent Residence or Adjust Status, which were properly filed on February 19, 2003.

2. The first status hearing in this suit is set for August 5, 2008, at 9:30a.m.

1

3. On July 14, 2008, the U.S. Citizenship & Immigration Services acted on Budnick's Petition and Hasbou's Application by issuing Decisions denying the Petition for Alien Relative and the Application for Adjustment of Status. See Exhibit 1.

4. The underlying reason for filing this Complaint for a Writ of Mandamus is now moot.

THEREFORE, Plaintiffs respectfully request that the Complaint filed in this matter be dismissed and the status hearing be removed from the calendar.

Respectfully Submitted,

s/Taiyyeba Safri
Taiyyeba Safri, Bar No. 6288568
Attorneys for Plaintiffs
AzulaySeiden Law Group
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Telephone: 312.832.9200
Facsimile: 312.832.9212
Date: July 23, 2008