IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mohammed M. HASBOU & <br> Joyce M. BUDNICK <br><br> Plaintiffs, <br> v. <br><br> Michael CHERTOFF, Secretary <br> U.S. Department of Homeland Security <br><br> Ruth DOROCHOFF, Chicago District Director <br> United States Citizenship & Immigration Services <br><br> Emilio T. GONZALES, (Former) Director <br> U.S. Citizenship & Immigration Services <br><br> Michael B. MUKASEY, U.S. Attorney General <br> U.S. Department of Justice <br><br> Defendants. | Case Number: 08-CV-1334 <br><br> Hon. William J. Hibbler |

### Notice of Filing

I, Taiyyeba Safri, certify that the Motion to Dismiss and its Exhibit were filed by electronic transmission on August 1, 2008, on or about 4:00p.m.

                                                                       Respectfully Submitted,

                                                                       s/Taiyyeba Safri
                                                                        Taiyyeba Safri, Bar No. 6288568
                                                                        Attorneys for Plaintiffs
                                                                        AzulaySeiden Law Group
                                                                        205 N. Michigan Ave., 40th Floor
                                                                        Chicago, IL 60601
                                                                        Telephone: 312.832.9200
                                                                        Facsimile: 312.832.9212
                                                                        E-mail:  tsafri@azulayseiden.com
                                                                        Date: August 1, 2008