**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mohamed M. Hasbou, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01334
                                                Honorable William J. Hibbler

Michael Chertoff, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

  MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 8/5/2008. Plaintiffs' Motion to dismiss complaint for Writ of Mandamus [14] is granted. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.